## MARSHALL v. MARSHALL.

[No. 10,605. Filed November 17, 1920.]

APPEAL.— *Review.*— *Evidence.*— *Weight and Sufficiency.*—Where the trial court's finding is supported by some evidence, although in part conflicting, it is conclusive on appeal, the appellate court not being required to weigh conflicting evidence.

From Franklin Circuit Court; *Chester E. Roberts,* Judge *Pro Tem.*

Action between Edgar S. Marshall and Elizabeth Marshall. From the judgment rendered, the former appeals. *Affirmed.*

*A. J. Ross* and *I. N. McCarty,* for appellant.

*M. P. Hubbard,* for appellee.

ENLOE, P. J.—The only question presented for our consideration on this appeal relates to the sufficiency of the evidence to support the finding of the trial court.

There is evidence in the record to support said finding, and, while some of the evidence is conflicting, we are not required to weigh it. The finding and judgment of the trial court is conclusive thereon. *Ruoff* v. *Dowerman* (1919), 69 Ind. App. 460, 122 N. E. 361; *Dannhauer* v. *Young* (1919), 73 Ind. App. 651, 122 N. E. 589; *Fisher* v. *Carey* (1918), 67 Ind. App. 438, 119 N. E. 376.

Judgment affirmed.